**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH E. HENDRICKS AND HELEN HENDRICKS,<br><br>Plaintiffs,<br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-11080-SB-DFM<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

Upon the Joint Stipulation of the Parties to dismiss this case in light of their settlement of damages and attorneys' fees, costs, and expenses:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: October 13, 2026

Stanley Blumenfeld, Jr.

UNITED STATES DISTRICT JUDGE